UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ANGEL ROODRIGUEZ

DOCKET NO. 19-10459-21 (RWZ)

<u>DEFENDANT ANGEL RODRIGUEZ'S MOTION FOR LEAVE TO FILE UNDER SEAL</u>

Defendant Angel Rodriguez requests that the Court grant him leave to file a Sentencing Memorandum and exhibits under seal of Court.

As the grounds for the documents will require disclosure of sensitive personal information. defendant prays that this motion be ALLOWED.

|  |  |
|---|---|
| May17, 2021 | Respectfully submitted,<br>Angel Rodriguez<br>Through his attorneys |
| | /s/<u>Raymond A. O'Hara</u> |
| | 20 Boyd Circle<br>Marlborough, MA 01752<br>508 331-7206<br>oharalaw@hotmail.com<br>BBO# 546366 |
| ` | /s/ <u>Jason Chan</u> |
| | Jason Chan<br>Seed, Chan & Associates LLC<br>267 Beacon Street Suite 3 |

                                                Brighton, MA 01608
                                                781 343-1384
                                                jason@attorneychan.com

## CERTIFICATE OF SERVICE

      I, Attorney Raymond A. O'Hara, counsel for the defendant Angel Rodriguez, certify that I served copies of the above motion by filing same via the Court's electronic filing system.

May 17, 2021                                                                                /s/ <u>Raymond A. O'Hara</u>