# EXHIBIT A

EXHIBIT 1#

U. S. Department of Justice             Inmate Request to Staff
Federal Bureau of Prisons

## INMATE REQUEST TO STAFF RESPONSE

**TO:** Inmate Name:    Rodriguez, Angel
      Reg. No.:       01352-509
      Unit:           B2 Unit

This is in response to your Request for a Compassionate Release, which was submitted by you on October 15, 2021. In your request, you stated that you would like to be considered for a compassionate release based on Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Implementation of U.S.C. 3582.

To assist with this matter, a review of your information was completed. It was determined that you never provided a reason as to why you are requesting a compassionate release. According to the above mentioned program statement, you must provide a reasoning for requesting a compassionate release.

Based on the information above, we cannot complete this request at this time and it is therefore denied. If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House-Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

_____        __10/19/21__
P. Kurilla, Unit Manager                          Date

Angel Rodriguez
Reg. No. 01352-509
U.S. Penitentiary Canaan
Unit B2 - #127

November 22, 2021

Warden E. Bradley
U.S. Penitentiary Canaan

Re: Request for Compassionate Release/Reduction in Sentence

Dear Warden Bradley:

I am writing to respectfully request that the Federal Bureau of Prisons file a motion on my behalf in my sentencing Court for compassionate release and/or a reduction in my sentence. In support of this request I state as follows:

On May 20, 2021, I was sentenced in the United States District Court for the District of Massachusetts to a 44-month term of imprisonment to be followed by three (3) years of supervised release. This sentence was imposed following my plea of guilty to one (1) count of conspiring to engage in a racketeering enterprise. I am now seeking compassionate release and/or a reduction of my sentence based upon the following extraordianry and compelling circumstances:

1. The risks and the extraordinarily restrictive conditions of confinement associated with the Covid-19 novel coronavirus;

2. The dire need to provide care for my two children; and

3. My extraordinary post-conviction rehabilitation efforts.

Briefly addressing these points in turn, first, I contracted Covid-19 in January 2021, and I continue to suffer from what has been termed "long Covid." Moreover, due to the physical and mental effects of long Covid, there is a significantly increased risk that if I get Covid again I could die. Further, concerning the conditions of confinement, a term of imprisonment imposed post-pandemic is fundamentally different than a term of imprisonment imposed pre-pandemic. Indeed, USP Canaan has been on either total or modified lockdown status since March 2020. Inmates have been and continue to be precluded from receiving contact visits with family, from participating in a wide variety of educational programs, from being afforded outside recreation or participating in any sports activities, and from associating with inmates in other housing units. We have been and continue to be stuck in a loud cramped housing unit with no discernable end in sight. This has had an extraordianrily deleterious effect on the physical, mental, and emotional health of the inmates at USP Canaan, including myself. Put plainly, we are in hell, and again, there does not appear to be any end in sight.

Second, my two chidren are in dire need of my care. Their mother is struggling severely financially, emotionally, and with

several significant health conditions. And I understand that a lot of people in the community have been similarly struggling, but my children are in far greater need of care than most American children.

Finally, concerning post-conviction rehabilitation, despite the restrictive conditions noted above, I have diligently sought to better myself and increase my chances of a successful reintergration into the community upon my release from prison. I have done this by availing myself of a number of self-study programs, both those offered through the Education Department, the Recreation Department, and through study material obtained on my own.

In sum, it might be tempting to postulate that because nearly all federal prisoners are suffering privations and travails similar to those that I am suffering, that those privations and travails do not represent extraordinary and compelling circumstances. However, simply because a high number of persons may be experiencing the same or similar circumstances does not necessarily mean that those circumstances are not "extraordinary." For example, suppose that the entire electrical grid of the United States were to be suddenly shut down due to a very rare solar flare. Would this be an extraordinary event? Of course it would be, and every American citizen could rightfully claim to be suffering under extraordinary and compelling circumstances. The same is true with the Covid-19 global pandemic. The world was hit with the viral equivalent of of a rare solar flare, and we are _all_ suffering with extraordinary and compelling circumstances. And prisoners are suffering more than most. This being the case, the sentences of all prisoners should be adjusted to reflect the extraordinary and compelling circumstances created by the pandemic.

Based on the above, I respectfully request that I be granted compassionate release and/or that my sentence be reduced or converted to home confinement.

Respectfully submitted,

*A. Rodriguez*
Angel Rodriguez

Date: 12/30/2021