Angel Rodriguez<br>
Reg. No. 01352-509<br>
U.S. Penitentiary Canaan<br>
P.O. Box 300<br>
Waymart, Pennsylvania 18472<br>

FILED IN CLERKS OFFICE
2022 JAN 10 PM 12: 24
U.S. DISTRICT COURT
DISTRICT OF MASS.

January 3, 2022

Office of the Clerk
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210-3002

    Re: <u>USA v. Angel Rodriguez</u>, Case No. 1:19-cr-10459-RWZ-21

Dear Sir/Madam:

    Enclosed for filing in this matter please find the original and one (1) copy of Defendant's Motion for Compassionate Release/Reduction in Sentence or, Alternatively, for a Recommendation for Maximum RRC (Halfway House) Placement.

    Thank you very much for your attention to this matter.

                                      Very truly yours,

                                      *A. Rodriguez* (signature)

                                      Angel Rodriguez

Encls.

cc:  Mr. Philip A. Mallard
      Assistant U.S. Attorney