UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 19-CR-10459-RWZ-21

UNITED STATES OF AMERICA

v.

ANGEL RODRIGUEZ

ORDER

May 11, 2022

ZOBEL, S.D.J.

Petitioner, Angel Rodriguez, pled guilty to an indictment charging him with conspiracy to conduct enterprise affairs through a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(d).  The applicable sentencing guidelines range was 63 to 78 months.  The government recommended a sentence of imprisonment for 72 months and the Petitioner sought a sentence of 25 months.  On May 20, 2021, this court sentenced the Petitioner to imprisonment for 44 months.  Nonetheless, the Petitioner has filed a request for Compassionate Release/Reduction in Sentence or, Alternatively, for a Recommendation for Maximum RRC (Halfway House) Placement.  (Docket # 2309).  The government opposes based on Petitioner's failure to exhaust his administrative remedies, an absence of extraordinary and compelling reasons for his release, and the sentencing factors set forth in 18 U.S.C. § 3553(a).

Because this motion ultimately fails on the merits, the issue of exhaustion does need not to be resolved. <u>United States v. Texeira-Nieves</u>, 23 F.4th 48, 53 (1st Cir. 2022) (declining to resolve the issue of exhaustion because it is not a jurisdictional barrier).

Turning to the merits, the court may grant a motion for compassionate release "if it finds that . . . extraordinary and compelling reasons warrant such a reduction."  18 U.S.C. § 3582(c)(1)(A).  Petitioner claims he is suffering from health issues including asthma, "long Covid," and damage from shootings that occurred 14 and 8 years ago.  He also states that living in prison is harming his mental health.  Finally, he asserts that his two children "need him <u>now</u>."

None of Petitioner's reasons satisfy the statutory requirements.  His medical records show that he refused to be vaccinated.   However, they do not demonstrate moderate or severe asthma nor any signs or symptoms of "long Covid."  They do reveal that Petitioner "shows no significant level of functional impairment associated with a mental illness and demonstrates no need for regular mental health interventions." Petitioner thus has failed to demonstrate an extraordinary and compelling reason to justify his early release.

The Motion for Compassionate Release (Docket # 2309) is DENIED.


_____May 11, 2022_____
DATE

_____
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE